## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DAVID MORRIS,** )<br>)<br>**Plaintiff,** )<br>)<br>**vs.** )<br>)<br>)<br>**SOUTHERN INTERMODAL** )<br>**XPRESS; ASSURANT EMPLOYEE** )<br>**BENEFITS; UNION SECURITY** )<br>**INSURANCE COMPANY,** )<br>)<br>**Defendants.** ) | **CIVIL ACTION NO. 16-0632-CG-N** |

## FINAL JUDGMENT

In accordance with the Order granting Defendant Union Security's[1] Motion for Judgment on the Record, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Union Security against Plaintiff David Morris. It is, therefore, **ORDERD** that Plaintiff David Morris's claim against Defendant Union Security is hereby **DISMISSED with prejudice.** Costs are to be taxed against Plaintiff David Morris.

**DONE and ORDERED** this14th day of September, 2017.


/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In as much as David Morris names Assurant Employee Benefits as a defendant, Union Security explains that Assurant Employee Benefits is not a legal entity but a trade name under which Union Security does business. David Morris offers no opposition to this point. Therefore, as much as Union Security and Assurant Employee Benefits may be separate defendants, the Court understands the Motion for Judgment on the Record (Doc. 43) to be brought by both, and this Judgment applies to both Union Security and Assurant Employee Benefits.